■ In the Matter of BERNARD BROVENDER, Doing Business as HERKIMER WINE & LIQUOR STORE, Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.— Proceeding dismissed on the merits and respondent's determination, dated January 29, 1970, confirmed, with costs (cf. *Matter of Ken Beyers Inc.* v. *New York State Liq. Auth.*, 29 A D 2d 930). Christ, P. J., Hopkins, Munder, Latham and Benjamin, JJ., concur.